IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ANGELA REYNOLDS,** | § | |
| (No. 50702-177), | § | Civil Action No. 4:20-CV-850-P |
| | § | |
| **PERDA CRUZ,** | § | |
| (No. 34488-479), | § | Civil Action No. 4:20-CV-855-P |
| | § | |
| **DELISA WILLIAMS,** | § | |
| (No. 99950-051), | § | Civil Action No. 4:20-CV-857-P |
| | § | |
| **MINDY CASAS,** | § | |
| (No. 57122-177), | § | Civil Action No. 4:20-CV-859-P |
| | § | |
| **CRYSTAL HAMANN,** | § | |
| (No. 66795-380), | § | Civil Action No. 4:20-CV-862-P |
| | § | |
| **LACI LANDERS,** | § | |
| (No. 38956-379), | § | Civil Action No. 4:20-CV-864-P |
| | § | |
| **JENNIFER GUTRIDGE,** | § | |
| (No. 40307-408), | § | Civil Action No. 4:20-CV-865-P |
| | § | |
| **KENDRA WARD,** | § | |
| (No. 53803-177), | § | Civil Action No. 4:20-CV-866-P |
| | § | |
| **ANIKA FOLSOM,** | § | |
| (No. 32338-064), | § | Civil Action No. 4:20-CV-868-P |
| | § | |
| **CYNTHIA BAXTER,** | § | |
| (No. 04314-063), | § | Civil Action No. 4:20-CV-870-P |
| | § | |
| **TANYA TORRENCE,** | § | |
| (No. 57104-083), | § | Civil Action No. 4:20-CV-872-P |
| | § | |
| **GLORIA BELTRAN,** | § | |
| (No. 23013-479), | § | Civil Action No. 4:20-CV-874-P |
| | § | |
| **DAVI BAILEY,** | § | |
| (No. 22215-040), | § | Civil Action No. 4:20-CV-876-P |
| | § | |
| **CLARA POOR BEAR,** | § | |
| (No. 20937-035), | § | Civil Action No. 4:20-CV-877-P |
| | § | |

| | | |
|---|---|---|
| **VILLISCIA THOMAS,** (No. 18044-030), | § § § | Civil Action No. 4:20-CV-878-P |
| **RANEEM HOURANI-MARTINEZ,** (No. 18540-479), | § § § | Civil Action No. 4:20-CV-884-P |
| **SHANA CASTILLO,** (No. 21287-084), | § § § | Civil Action No. 4:20-CV-886-P |
| **DAKOTA GARMANY,** (No. 53454-074), | § § § | Civil Action No. 4:20-CV-888-P |
| **ANDREA BROOKS,** (No. 28601-380), | § § § | Civil Action No. 4:20-CV-892-P |
| **ERIKA MIJAREZ,** (No. 99247-380), | § § § | Civil Action No. 4:20-CV-895-P |
| **CARRIE ALLRED,** (No. 31517-045), | § § § | Civil Action No. 4:20-CV-897-P |
| **TIFFANY MANKIN,** (No. 14517-078), | § § § | Civil Action No. 4:20-CV-899-P |
| **AMY ROBERTSON,** (No. 12574-028), | § § § | Civil Action No. 4:20-CV-901-P |
| **CHRYSTAL LARCADE,** (No. 10875-010), | § § § | Civil Action No. 4:20-CV-903-P |
| **MARIA RENDON,** (No. 43141-308), | § § § | Civil Action No. 4:20-CV-904-P |
| **ALEXIS DuMARCE,** (No. 17635-273), | § § § | Civil Action No. 4:20-CV-906-P |
| **ASHLEY VANDENBURG,** (No. 77327-061), | § § § | Civil Action No. 4:20-CV-912-P |
| **SHAWNA ENLOE,** (No. 03306-479), | § § § | Civil Action No. 4:20-CV-915-P |
| **MIRANDA FOURNIER,** (No. 20566-078), | § § | Civil Action No. 4:20-CV-917-P |

-2-

| | |
|---|---|
| **ROSE MYERS,** § | |
| **(No. 08419-063),** § | Civil Action No. 4:20-CV-920-P |
|  § | |
| Plaintiffs, § | |
|  § | |
| vs. § | |
|  § | |
|  § | |
| **WARDEN CARR,** § | |
| **FMC-Carswell, Et Al.,** § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Under an order filed in each of the above-styled and numbered cases on August 11, 2020, a new case was severed out of case number 4:20-CV-807-P, and each named Plaintiff was ordered to submit the applicable in-forma-pauperis (IFP) documents or pay the filing and administrative fees of $400, and to complete and file a civil-rights complaint form as an amended complaint, within **twenty (20) days**. Order 6-7, ECF No. 7. In each of the cases, the plaintiff then filed a motion for extension of time, which the Court granted, extending the time for each plaintiff to file an amended complaint and an in-forma-pauperis motion until **September 30, 2020.** Each plaintiff was also informed and warned that failure to timely comply by the extended deadline could result in the dismissal of the action without further notice for want of prosecution under Federal Rule of Civil Procedure 41(b). As of the date of this order, however, the plaintiffs in each of these suits have failed to pay the applicable fees, failed to file the applicable in-forma-pauperis documents, and failed to file an amended complaint.

As a result, it is **ORDERED** that Plaintiff's claims in each of these cases are **DISMISSED** for lack of prosecution, without prejudice to their being refiled. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED** this **8th day** of **October, 2020.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE